FILED '11 MAY 16 09:36 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MANUEL SIGLER, | ) |
| | ) |
| Plaintiff, | ) Case No. 09-556-HO |
| | ) |
| v. | ) ORDER |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| | ) |
| Defendant. | ) |

Plaintiff, Manuel Sigler, moves for an award of attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $8,861.75 for 40.7 hours of work at a rate of $172.24 per hour; 7.85 hours at a rate of $175.06 and 2.7 hours at a rate of $176.80. [#22; #24; #29].

The Commissioner contests the number of hours spent by plaintiff's counsel, the hourly fee for all activities billed

1 - ORDER

post-judgment and for clerical tasks that defendant contends should have been delegated to clerical staff. [#25].

Having reviewed the record and considered the specifics of this case, I find that the number of hours spent by plaintiff's counsel and the hourly fee requested are reasonable under the EAJA.

Plaintiff's motion (#22) for attorney fees and expenses under the EAJA is hereby granted in the amount of $8,861.75.

DATED this _12½_ day of May, 2011.

Michael R. Hogan
United States District Judge

2 - ORDER